**Motion granted; Appeal Dismissed and Memorandum Opinion filed April 25, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00135-CR

---

### TYRONE TRAMMER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 98827-CR**

---

## MEMORANDUM OPINION

Appellant Tyrone Trammer has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)